**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Criminal Case 03-361(JAF) |
| v. | |
| AURELIANO GIRAUD-PIÑEIRO et al., | Civil Case 06-1960(JAF) |
| Defendant. | |
| | |
| ONE RURAL LOT IDENTIFIED AS FINCA ... et als Defendants | |

FINAL ORDER OF FORFEITURE

WHEREAS, the United States obtained the approval from the Deputy Attorney General of the Department of Justice in Washington, DC to the Proposed Stipulation for Settlement submitted by the parties,

WHEREAS, the stipulation was submitted by Plaintiff, the United States of America, and the Claimants, Arlene Ramirez Rodriguez, the Conjugal Partnership of Aureliano Giraud Piñeiro and Arlene Ramirez Rodriguez, Northland International, Inc., Giraud-Ramírez Trust, Ocean Investments, Inc., Playa Ward Investment Corporation, Expressway Holdings Inc., Rufina Holdings Inc., Banana Land International, Inc., Giraud Trust, Giraud-Ramirez Trust, as well as any other corporations, partnerships or trusts in which Arlene Ramirez may have an interest, and Astrid Donate, and the Conjugal Partnership of Elliot Giraud and Astrid Donate representing her claims as filed in Criminal Case 06-361(JAF),

WHEREAS, the appearing parties agree to compromise and settle their claims to the properties described herein as follows:

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

B) ONE RURAL LOT IDENTIFIED AS FINCA #2,13471 LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL ATTACHMENTS IMPROVEMENT AND APPURTENANCES MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Radicada en el Barrio Pueblo del término municipal de Hatillo, Puerto Rico compuesto de 1.9098 cuerdas equivalentes a 7,506.3430 metros cuadrados. Linda al NORTE, con Carretera Estatal #2 en 33.2469 metros; por el SUR, con José García en 35.6487 metros; al ESTE, en 231.3675 metros con parcela 0 adjudicada a Teodoro Delgado Mercado; y al OESTE, en 216.6169 metros, con Anibal Ruiz. Tracto Registral: Se segrega de la finca #4283 inscrito al #194 del tomo #87 de Hatillo. Inscrito a favor de Aureliano Giraud-Pineiro y su esposa Arlene Ramírez Rodríguez.

C) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6385 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,385, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio # 43, Tomo 215, Finca # 6,385, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega. Valor de las fincas de $1,296,000.00 de los cuales se valora cada finca en $81,000.00. Se permuta la finca por $11,015.60 acciones comunes de dicha corporación, equivalentes al valor total antes indicado de todas las fincas. A virtud de esta permuta por acciones, Playa Ward Investment Inc. pasa a ser dueño de esta finca y otras quince (15) que se describe en los documentos. Anteriormente estaba inscrito de Aureliano Giraud-Piñeiro y Arlene Ramírez-Rodríguez, los cuales llevaron a cabo la permuta a favor de Playa Ward Investment.

D) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6386 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

---

[1] This property is partly forfeited as per the Order of Forfeiture, as amended, in criminal case 03-361(JAF) for the adjudication of 2,226.41 meters forfeited from Nilda Piñeiro Noriega as part of her plea and forfeiture agreement. The remaining 5,280 meters was aggregated by public deed to the property described herein as letter (SS)-finca 5,500 which is owned by Northland International Inc. and will be forfeited by this proposed stipulated agreement from Northland International Inc.

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

  RUSTICA: Finca 6,386, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #47, Tomo 215, Finca #6,386, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

E) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6387 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

  RUSTICA: Finca 6,387, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #49, Tomo 215, Finca #6,387, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

F) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6388 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

  RUSTICA: Finca 6,388, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #51, Tomo 215, Finca #6,388, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

G) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6389 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

  RUSTICA: Finca #6,389; Parcela #5 radicada en el Barrio Playa, del término Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectáreas, 82 áreas, 59 centiáreas y 94 miliáreas, más o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #173 vuelto del Tomo 212 del término Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripción 7ma.

H) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6390 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca #6,390; Parcela #6 radicada en el Barrio Playa, del termino Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectáreas, 82 áreas, 59 centiáreas y 94 miliáreas, más o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #176 vuelto del Tomo 212 del término Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripción 7ma.

I) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6391 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca #6,391; Parcela #7 radicada en el Barrio Playa, del término Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectáreas, 82 áreas, 59 centiáreas y 94 miliáreas, más o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #179 vuelto del Tomo 212 del término Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripción 7ma.

J) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6392 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca #6,392; Parcela #8 radicada en el Barrio Playa, del término Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectáreas, 82 áreas, 59 centiáreas y 94 miliáreas, más o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #182 vuelto del Tomo 212 del término Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripción 7ma.

K) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6393 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca #6,393; Parcela #9 radicada en el Barrio Playa, del término Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectáreas, 82 áreas, 59 centiáreas y 94 miliáreas, más o menos. Inscrito a nombre de EXPRESSWAY

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

HOLDINGS INC., seguro social patronal #66-0627200, al Folio #185 vuelto del Tomo 212 del término Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripción 7ma.

L) ONE RURAL LOT, COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6394 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,394; Parcela #10 radicada en el Barrio Playa, del término Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectáreas, 82 áreas, 59 centiáreas y 94 miliáreas, más o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #188 vuelto del Tomo 212 del término Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripción 7ma.

M) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6395 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,395; Parcela #11 radicada en el Barrio Playa, del término Municipal de GUAYANILLA, Puerto Rico, compuesto de 25.0000128 cuerdas, equivalentes a 9 hectáreas, 82 áreas, 59 centiáreas y 94 miliáreas, más o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #191 vuelto del Tomo 212 del término Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripción 7ma.

N) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6396 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

RUSTICA: Finca #6,396; Parcela #12 radicada en el Barrio Playa, del término Municipal de GUAYANILLA, Puerto Rico, compuesto de 22.2918 cuerdas, equivalentes a 8 hectáreas, 76 áreas, 15 centiáreas y 509 miliáreas, más o menos. Inscrito a nombre de EXPRESSWAY HOLDINGS INC., seguro social patronal #66-0627200, al Folio #55 vuelto del Tomo 215 del término Municipal de Guayanilla, y en virtud de la escritura de Permuta #50, Inscripción 6ta.

O) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM, IDENTIFIED AS FINCA #6397 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,397, Parcela radicada en el Barrio Indios, Puebo y Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto 28.02598 cuerdas. Cesión de propiedades inmuebles en permuta por acciones comunes en corporación cesionaria. Inscrito al Asiento #782, Diario 299, Finca #6,397, a favor de Rufina Property Holdings.

P) ONE RURAL LOT OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6398 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,398, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #58, Tomo 215, Finca #6,398, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

Q) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6399 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,399, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #61, Tomo 215, Finca #6,399, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

R) HACIENDA RUFINA AND IDENTIFIED AS FINCA #6400 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca #6,400, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio 64, Tomo 215, Finca #6,400, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

S) ONE RURAL LOT IDENTIFIED AS FINCA #6401 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES,

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,401, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #67, Tomo 215, Finca #6,401, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

T) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6402 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,402, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #70, Tomo 215, Finca #6,402, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

U) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6403 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,403, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #73, Tomo 215, Finca #6,403, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

V) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6404 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,404, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrito al Folio #76, Tomo 215, Finca #6,404, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

8

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

W) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6405 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,405, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #79, Tomo 215, Finca #6,405, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

X) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6406 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,406, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas).

Y) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6407 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,407, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #85, Tomo 215, Finca #6,407, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro-Noriega.

Z) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6408 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,408, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #88, Tomo 215, Finca #6,408, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro Noriega.

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

AA) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6409 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,409, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #91, Tomo 215, Finca #6,409, a favor de Playa Ward Investment Corporation representada por su presidenta Nilda Piñeiro Noriega.

BB) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6410 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,410, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 101,423.71 metros cuadrados. Inscrita al Folio # 94, Tomo 215, Finca #6,410, a favor de Rufina Property Holdings, representada por su presidenta Nilda Piñeiro-Noriega. Esta finca se permuta a cambio de 12,960 acciones comunes de la cesionaria, con valor establecido de cada acción de $100.00 que totalizan el valor de $ 1,296,000.00, que equivale al valor de toda la finca.

CC) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6411 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,411, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 101,423.71 metros cuadrados). Inscrita al Folio #97, Tomo 215, Finca #6,411, a favor de Rufina Property Holdings, Inc. representada por su presidenta Nilda Piñeiro-Noriega.

DD) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6412 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

>RUSTICA: Finca 6,412, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #100, Tomo 215, Finca #6,412, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Piñeiro-Noriega.

EE) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6413 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

>RUSTICA: Finca 6,413, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #103, Tomo 215, Finca #6,413, a favor de Rufina Property Holdings, Inc. representada por su presidenta Nilda Piñeiro-Noriega.

FF) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6414 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

>RUSTICA: Finca 6,414, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #106, Tomo 215, Finca #6,414, a favor de Rufina Property Holdings, Inc. representada por su presidenta Nilda Piñeiro-Noriega.

GG) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA 6415 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

>RUSTICA: Finca 6,415, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #109, Tomo 215, Finca #6,415, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Piñeiro-Noriega.

HH) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6416 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,416, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #112, Tomo 215, Finca #6416, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Piñeiro-Noriega.

II) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6417 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,417, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #115, Tomo 215, Finca #6,417, a favor de Rufina Property Holdings representada por su presidenta Nilda Piñeiro-Noriega.

JJ) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6418 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,418, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #118, Tomo 215, Finca #6,418, a favor de Rufina Property Holdings representada por su presidenta Nilda Piñeiro-Noriega.

KK) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6,419 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,419, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #121, Tomo 215, Finca #6,419, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Piñeiro-Noriega.

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

LL) ONE RURAL LOT IDENTIFIED AS FINCA #6420 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,420, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #124, Tomo 215, Finca #6,420, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Piñeiro-Noriega.

MM) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6421 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,421, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #127, Tomo 215, Finca #6,421, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Piñeiro-Noriega.

NN) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6422 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

> RUSTICA: Finca 6,422, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados (25.000012 cuerdas). Inscrita al Folio #130, Tomo 215, Finca #6,422, a favor de Rufina Property Holdings Inc. representada por su presidenta Nilda Piñeiro-Noriega.

OO) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #6423 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

RUSTICA: Finca 6,423, Parcela radicada en el Barrio Playa, del término Municipal de Guayanilla, Puerto Rico, compuesto de 119,563.41 metros cuadrados. Inscrita al Folio #133, Tomo 215, Finca #6,423, a favor de Rufina Property Holdings, Inc. representada por su presidenta Nilda Piñeiro-Noriega.

PP) ONE RURAL LOT COMPRISING OF PART OF BANANA FARM KNOWN AS HACIENDA RUFINA, IDENTIFIED AS FINCA #6424 LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHEMTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

Rustica: Finca 6,424, Parcela radicada en el Bario Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 98,259.94 metros cuadrados ( 25.00012 cuerdas).

Inscrito al folio #136, Tomo 215, Finca 6,424, a favor de Rufina Property Holding Inc. representada por su presidenta Nilda Pineiro-Noriega

QQ) ONE RURAL LOT COMPRISING OF PART OF A BANANA FARM KNOWN AS HACIENDA RUFINA AND IDENTIFIED AS FINCA #3922,  LOCATED IN BARRIO PLAYA GUAYANILLA, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHEMTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

Rustica: Finca 3,922, Parcela radicada en Barrio Playa, del termino Municipal de Guayanilla, Puerto Rico, compuesto de 25.0000128 cuerdas. Inscrito al Folio #187, Tomo 114, Finca 3,922, inscrito a favor de Aureliano Giraud-Pineiro.

RR) ONE RURAL LOTS IDENTIFIED AS FINCA # 23215, LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY;

RUSTICA: Radicada en el Barrio Pueblo del Municipio de Hatillo. Tiene una cabida de 3,930 - 3,390 metros cuadrados. Linde: Norte, con varias alineaciones del Municipio de Hatillo. Sur, en 75,002 metros. Este, en 53,713 metros con Ignacio Pintado-García. Oeste, en 53,603 metros con uso público. Esta finca se forma por segregación de la inscrita con el número 3200, al folio 85 del tomo 62 a favor de Ignacio Pintado-García, como bien privativo y se halla afecta por su procedencia servidumbre a favor de la A.E.E. Aprobada esta segregación por A.R.P.E. según plano inscrito en esta oficina bajo el número 2613 de orden de Hatillo. Dicho señor, con seguro social 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, mayor de edad, casado con Rocío Semidei-Román, agricultor-comerciante y vecino de Yauco, segrega el solar descrito el ingreso de este asiento y lo vende por precio de noventa y cinco mil dólares ya satisfechos. En su virtud inscribo a favor de Northland

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

> International, Inc., el dominio de esta finca que adquiere por compra. Así resulta de copia certificada de la escritura número 46 otorgada el día once de mayo del dos mil en Arecibo, ante José G. Terrosa Delucca, Notario. Presentado a las ocho horas, trece minutos de la mañana del seis de septiembre del dos mil uno. Asiento 53 del Diario 239. En Arecibo, Puerto Rico, a diez de abril del dos mil dos. Finca 23,215, Tomo 381, Móvil, Folio 135, Hatillo, Arecibo II.

TT) ONE RURAL LOTS IDENTIFIED AS FINCA # 23218, LOCATED IN BARRIO PUEBLO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS;

> RUSTICA. Radicada en el Barrio Pueblo del Municipio de Hatillo. Tiene una cabida de 6,000.00 metros cuadrados. Linda: Norte, con Ramón Delgado-Mercado. Sur, con remanente de finca principal. Este, con remanente de finca principal. Oeste, con Departamento de Educación y Sucn. Ramón Alvarez. Esta finca se forma por segregación de la inscrita con el número 3,200, al Folio 85, del Tomo 62, a favor de Ignacio Pintado-García, como bien privativo y se halla afecta por su procedencia a servidumbre favor de la A.E.E. Aprobada esta segregación por A.R.P.E. según plano, inscrito en esta oficina bajo el número 2,615 de orden de Hatillo. Dicho señor, seguro social 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, mayor de edad, casado con Rocío Semidei-Román, agricultor-comerciante y vecino de Yauco. Segrega el solar descrito al ingreso de este asiento y lo vende a Northland International, Inc., seguro social 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, que adquiere por precio de ciento veinticinco mil ya satisfechos. En su virtud inscrito a favor de Northland International, Inc. el dominio de esta finca que adquiere por compra. Así resulta de copia certificada de la escritura número 4 otorgada el día tres de agosto del dos mil uno, en San Juan, ante Jorge A. Laborde-Corretjer, notario. Presentado a las ocho horas catorce minutos de la mañana del seis de septiembre del dos mil uno, asiento 54 del Diario 239. En Arecibo, Puerto Rico, a diez de abril del dos mil dos. Finca 23,218, Tomo Móvil 381, Folio 150, Hatillo, Arecibo II.

UU) ONE RURAL LOT IDENTIFIED AS FINCA #5500 LOCATED IN BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS;

> RUSTICA. Finca ubicada en el Barrio Pueblo del Municipio de Hatillo, con una cabida superficial de diez cuerdas con ocho mil setecientos noventa y una diez milésimas de otra (10.8791 cuerdas) equivalentes a cuarenta y dos mil setecientos cincuenta y nueve metros cuadrados con ciento setenta y siete milésimas de otro (42,759.167) metros cuadrados. Colinda por el norte con carretera Estatal PR-2, con un predio propiedad del Departamento de Transportación y Obras Públicas y Northland International, Inc.; por el sur con José Garcés, Angel Luis Almodóvar, Sucn. José Valentín Delgado; por el este con Aureliano Giraud-Piñeiro y su esposa Arlene Ramírez-Rodríguez y Elliot Giraud Piñeiro; y por el oeste, con José Garcés y la carretera Estatal PR-130. Se forma por agregación de esta finca #2,798 con cabida de 16,667.804 metros cuadrados al Folio

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

188 del Tomo 87; la finca #20,976 con cabida de 233.1838 metros cuadrados inscrita al Folio 10 del Tomo 314; la finca #4,426 con cabida de 351.00 metros cuadrados inscrita al Folio 3 del Tomo 92 de Hatillo y la finca #5,566 con cabida de 792.113 metros cuadrados al Folio 61 del Tomo 129 de Hatillo. Cargos: Todas se hallan afectas a condiciones restrictivas y a hipoteca de bienes inmuebles por su destino. Esta finca se halla afecta además a hipoteca por $1,504.000 a favor del Banco Santander de Puerto Rico; la finca #2,798 se afecta a hipoteca a favor del Banco Santander de Puerto Rico por $1,106.000.00; finca #5366 afecta a hipoteca por $100,000 a favor del Banco Popular de Puerto Rico y a hipoteca por $52,000 a favor del Banco Santander de Puerto Rico; la finca #20,976 afecta a hipoteca por $15,000.00 a favor del Banco Santander y la finca #4,426 a hipoteca por $23,000 a favor del Banco Santander de Puerto Rico, inscritos a favor de Aureliano Giraud como bien privativo. Por escritura #27 otorgada en Arecibo, el día 8 de marzo de 2000 ante el notario José G. Terrosa-Delucca comparece dicho señor (agrupación) y manifiesto que las relacionadas fincas colindan entre sí formando un solo cuerpo por lo que las agrupan formando la finca una cabida de 10.3511 cuerdas (rectificando): la cual fue mensurada por el agrimensor Rubén Ortiz-Galarza, mayor de edad, casado, ingeniero civil, licencia #8431 y vecino de Arecibo, previa citación de los dueños colindantes y la misma resultó con la cabida y colindancias descritas al ingreso de este asiento con un valor de cinco mil dólares. Por el propio documento, Aureliano Giraud-Piñeiro permuta esta finca con valor de $750,000 a favor de Northland International, Inc. a cambio de 7,500 acciones con un valor de a la par de $100.00 cada una para un total de $750,000. En su virtud inscribo a favor de Northland International, Inc., el dominio de esta finca que adquieren por los conceptos antes expresados. Así resulta del registro y del documento relacionado presentado a las 10:20 de la mañana del día 20 de noviembre de 2001 al asiento 11 del Diario 243. Arecibo, a 10 de septiembre de 2002. Finca 5,500.

VV) ONE RURAL LOT IDENTIFIED AS FINCA #9,794 LOCATED IN BARRIO SAN JOSE, QUEBRADILLAS PUERTO RICO BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS:

URBANA: Parcela de terreno sita en el Barrio San José de Quebradillas, compuesto de DOSCIENTOS OCHENTA Y SEIS PUNTO DOS MIL TRESCIENTOS QUINCE (2286.2315 METROS CUADRADOS, equivalentes a cero punto cinco mil ochocientos dieciséis cuerdas (0.58616 cdas.). Colina al NORTE, con carretera número dos (2); al SUR, con carretera estatal número cuatrocientos setenta y nueve (479); al ESTE, con terrenos de la Autoridad de Carreteras; y al OESTE, con solar número ocho (8) y terrenos donde ubica Supermercados Grande. Inscrita al Folio Ciento Quince Vuelto (115 Vto.) Del Tomo ciento ochenta y tres (183) de Quebradillas, Finca número nueve mil setecientos noventa y cuatro (9,794), Registro de la propiedad de Arecibo, Sección Segunda.

WW) ONE RURAL LOT IDENTIFIED AS FINCA #21,749 LOCATED IN BARRIO PUEBLO, HATILLO PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY MORE PARTICULARLY DESCRIBED AS;

16

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

       URBANA: Solar radicado en el Barrio Pueblo del término municipal de Hatillo, compuesto de DOS MIL DOSCIENTOS VEINTISEIS PUNTO DOSCIENTOS UNO (2,226.201) METROS CUADRADOS, equivalentes a cero punto cinco mil seiscientos sesenta y cuatro (0.5664). En lindes por el NORTE, calle marginal de la carretera P.R. 2; por el SUR, ESTE, y OESTE, con terrenos propiedad de Aureliano Giraud-Piñeiro. Inscrita al folio treinta vuelto 30(vto.). Del tomo trescientos veintisiete (327) de Hatillo, finca número veintiún mil setecientos cuarenta y nueve (21,749), Registro de la Propiedad de Arecibo, Sección Segunda.

VVV) ONE RURAL LOT IDENTIFIED AS FINCA #12,503 LOCATED IN CORCOBADO, HATILLO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL OR USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

       RUSTICA: Solar #3 radicada en el Barrio Corcobado del término municipal de Hatillo, Puerto Rico, compuesta por 1,142.1934 metros cuadrados equivalentes a 0.2906 cuerdas. Linda por el NORTE, con la urbanización La Cumbre; al SUR, faja de terreno dedicada al uso público; al ESTE, faja de terreno dedicada a uso público y al OESTE, solar #4 del plano de inscripción. Inscrito al Folio #162, del Tomo #230 de Hatillo, Finca #12,503, inscripción 6ta. Dicha propiedad aparece inscrita a favor de CARLOS MANUEL RAMIREZ VALE y su esposa ZAIDA ESTRELLA RODRIGUEZ HERNANDEZ..[2]

WWW) ONE RURAL LOT IDENTIED AS FINCA #34,475 LOCATED IN BARRIO ABAJO, ARECIBO, PUERTO RICO WITH ALL APPURTENANCE, IMPROVEMENTS, FIXTURES, ATTACHMENTS AND EASEMENTS, AS WELL AS RENTS OR PROCEEDS DERIVED FROM THE RENTAL USE OF SUCH PROPERTY, MORE PARTICULARLY DESCRIBED AS:

       RUSTICA: Solar A radicado en el Barrio Hato Abajo del término municipal de Arecibo, Puerto Rico, con una cabida superficial de mil cuatrocientos ochenta y tres punto treinta y siete mil setecientos quince metros cuadrados (1483.37715) y en lindes al Norte, solar número uno (1) segregado mediante el caso número setenta y siete guión cero seis guión H guión seiscientos setenta y uno guión APR (76-06-H-671-APL) al Sur, calle municipal. Este remanente de la finca de la cual se segrega, Oeste, solar número cuatro segregado mediante el caso número setenta y siete guión cero seis guión H guión seiscientos setenta y uno guión APL (77-06-H-671-APL) [3]

---

[2] Arlene Ramirez Rodriguez residence

[3] Astrid Donate's residence

17

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

CURRENCY SEIZED IN THE CRIMINAL CASE, 03-361(JAF)

| | | |
|---|---|---|
| First Bank 01-20000192 | $985.00 | Ocean Investments |
| First Bank 38-5000441 | $771.23 | Northland International |
| First Bank 01-5016703 | $269,486.42 | Ocean International |
| Manager's Check for | $250,000.00 | First Bank # 182159 |
| Manager's Check for | $250,000.00 | First Bank # 182160 |
| Currency seized from Arlene Ramirez | $9,000.00 | |

*IT IS HEREBY ORDERED*:

1. A Final Order of Forfeiture is entered in Civil Case 06-1960(JAF) and 03-361(JAF) for all the properties mentioned in this ORDER under the following conditions:

2. Claimants are granted the right to pay the United States fifty five percent (55%) of **the net value** of all real estate properties listed herein, with the exception of the property identified as Lot #5500, also known as the *Amigo* property. Payment for all real estate properties listed, except *Amigo*, must be paid for in full with a certified check in the term of thirty (30) days from the date of this order. Upon completion of the thirty (30) days, if Claimants have not made full payment *via* certified check to the United States, the United States Marshals Service will proceed to sell the properties and disburse to Claimants forty five percent (45%) of the net proceeds generated by the prompt sale of all of the properties, under the following terms and conditions, and subject to the aforementioned exceptions listed herein-below;

In the event that the U.S. Marshals proceed to sell the properties, they are ORDERED to clear all the legal problems present in the Amigo property and get it appraised. Once the appraisal is provided to claimants, Claimants are granted a term of 30 days to pay the United States with a certified check the fifty five percent (55%) of **the net value** of the Amigo property. Upon completion of the thirty (30) days, if Claimants have not made full payment *via* certified check to the United States, the United States Marshals

18

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

Service will proceed to sell the property and disburse to claimants forty five percent (45%) of the net proceeds generated by the prompt sale of all aforementioned properties, under the following terms and conditions, and subject to the exceptions listed herein-below:

3. The term net proceeds constitutes the proceeds which shall be generated from the sale of the defendant properties for the highest possible price, but not less than the appraised market value for each property being sold, and after all the valid lien holders have been compensated and the United States Marshals Service has been reimbursed for any costs it may have incurred in managing and selling the properties. Said forty five percent (45%) of all of the net proceeds which shall be generated by the prompt sale of all of the properties mentioned above, except the *Amigo* property, shall be disbursed by the United States within the following ten (10) business days after the date of each individual sale or closing, by check payable to the order of a trust to be created for this purpose by counsel for Claimants, Anita Hill-Adames Esq. Trust Account, who shall then proceed to disburse said proceeds to the Claimants Therefore, as a result of this ORDER, Claimants are entitled to receive their checks for sums totaling sixty seven percent (67%) of the forty five percent (45%) of the net proceeds from the sale of the properties identified herein.

4. It is ORDERED that the cost of the appraisals for each of the properties being listed herein is to be subtracted from the amounts of monies which the United States recognizes that Claimants are entitled to receive from the net proceeds from the sales of the properties.

5. The United States is ordered to dismiss the forfeiture against the property located in *Barrio Corcovado*, which Arlene Ramirez represents to be her main residence; property identified as ( VVV) of this Order. Further, the United States is also ordered to dismiss property identified as One Rural Lot in Villa La Mela, Cabo Rojo, Puerto Rico included in criminal case 03-361(JAF) and property identified as

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

SS, One Rural Lot Identified as Finca 23217, located in Barrio Pueblo, Hatillo, Puerto Rico in case 06-1960(JAF).

6. Astrid Donate, and the Conjugal Partnership of Elliot Giraud and Astrid Donate, are ordered to pay the United States within sixty (60) days of this order half of the net equity of the property which Astrid Donate claims as her main residence valued at $312,000.00; property identified as (WWW) of this Order, as part of the criminal case, 03-361(JAF),.

7. The United States is ordered to pay Arlene Ramirez Rodriguez forty five percent (45%) of the monies seized, including interest, from Northland International, Ocean International Investment, as part of the criminal case, 03-361(JAF) and Arlene Ramirez Rodriguez, will forfeit fifty five percent (55%) of said monies to the United States. It is ordered that payment be made within seven (7) working days of the judgment by check issued to the name of Anita Hill-Adames Esq. Trust Account.

8. The Court takes notice of Claimants representations that they have no knowledge of the whereabouts of Aureliano Giraud-Piñeiro.

9. These payments to Claimants constitute full settlement and satisfaction of any and all claims by Claimants as to the properties mentioned above, and all claims resulting from any and all incidents or circumstances giving rise to the civil complaint.

10. It is ordered that any interest Claimants had in the properties mentioned herein shall be transferred to the United States by this settlement agreement in the event that the properties are sold by the U.S. Marshals Service.

11. Claimants release and hold the United States of America harmless, and any of its agents, servants, and employees (or any state or local law enforcement agency) acting in their individual or official capacities, free from any and all claims by the Claimants and their agents which currently may exist or which may arise herein-after as a result of the United States' action against the properties.

20

United States of America v. Aureliano Giraud Piñeiro; Criminal No.: 03-361
United States of America v. One Rural Lot Identified as Finca #21,347, et al; Civil No.: 06-1960
Settlement Agreement

12. Claimants shall not pursue any other rights against the United States they may have in the properties listed in this Final Order of Forfeiture including but not being limited to the right to oppose a foreclosure action with respect to the aforementioned properties.

13. Claimants are ordered to join any government motions for any interlocutory or stipulated sale of the defendant properties and any motions to remove any and all occupants from the property who may fail to abide by the terms of an occupancy agreement, within ten (10) days of Claimant's receipt of the motion(s).

14. The Court accepts Claimant's waiver of all interests in the defendant properties, their rights to further litigate against the United States' interest in the defendant properties; and their rights to petition for remission or mitigation of the forfeiture.

15. Claimants are Ordered to execute any other documents, to the extent necessary, to convey clear title to the property to the United States, in the event that they are unable to pay the United States within the thirty (30) days mentioned in paragraphs two and three of this document.

16. Any attempt to set aside this Final Order of Forfeiture shall constitute an immediate contempt and will allow the United States of America to move for an immediate trial and call among others the following witnesses: Nilda Piñeiro, Elliot Giraud Piñeiro, Arlene Ramírez-Rodríguez, Carlos Ramírez Vale, Astrid Donate and Raúl Donate, among others.

17. The Court retains jurisdiction to entertain any breach or issue that may arise from the terms and conditions stipulated herein.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of July 2008.

S/JOSE A. FUSTE
JOSE A. FUSTE
CHIEF, U.S. DISTRICT JUDGE, U.S. District Court